**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 18-cr-30016-SMY** |
| | ) | |
| **TERRANCE CLARK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

**YANDLE, District Judge:**

Pending before the Court is Defendant Terrance Clark's motion requesting a judicial recommendation regarding the length of residential re-entry center/halfway house placement pursuant to the Second Chance Act, 18 U.S.C. § 3624(c) (Doc. 166). Clark is currently housed at Forrest City Low FCI and has an anticipated release date of August 23, 2025. *See* Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (last visited November 21, 2023). He asks the Court to recommend his placement in a halfway house.

"The Bureau of Prisons shall designate the place of the prisoner's imprisonment." 18 U.S.C. § 3621(b). "[T]o the extent practicable," the Bureau of Prisons shall "ensure a prisoner spends the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility." 18 U.S.C. § 3624(c). Clark's request is premature as he will not be eligible for a re-entry placement until 2024. Therefore, his motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  November 22, 2023**

**STACI M. YANDLE**
**United States District Judge**